UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
VANGUARD LOGISTICS (USA) INC.,

                Plaintiff,

       -against-

BLUJAY SOLUTIONS LTD.,

                Defendant.
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

20-cv-4383 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The parties shall file a joint status report on the status of arbitration and this matter no later than two weeks from the date of this Order.

SO ORDERED.

Dated:   October 6, 2022
             New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**