**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VANGUARD LOGISTICS (USA), INC. f/k/a NACA LOGISTICS (USA), INC.,**<br><br>     **Plaintiff,**<br><br>   **-against-**<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>     **Defendant.** | **20-cv-4383 (ALC)** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 19, 2022, the parties filed a joint status report indicating that they are currently engaged in arbitration proceedings before JAMS.   ECF No. 27.   The parties are hereby ORDERED to submit either a stipulation of dismissal or a joint status report on or before April 5, 2023.

**SO ORDERED.**

Dated:  October 20, 2022
   New York, New York

             **ANDREW L. CARTER, JR.**
             **United States District Judge**