UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANGUARD LOGISTICS (USA), INC. f/k/a NACA LOGISTICS (USA), INC.,<br><br>      **Plaintiff,**<br><br>  -against-<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      **Defendant.** | 20-cv-4383 (ALC) |

**ANDREW L. CARTER, JR., United States District Judge:**

  The parties are directed to file a joint status report by **June 7, 2023.**

**SO ORDERED.**

Dated: May 31, 2023
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**