UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VANGUARD LOGISTICS (USA), INC. f/k/a NACA LOGISTICS (USA), INC.,<br><br>                                 Plaintiff,<br><br>                -against-<br><br>BLUJAY SOLUTIONS LTD.,<br><br>                                Defendant. | 20-cv-4383 (ALC) |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' joint status report at ECF No. 30 indicating that they are proceeding with arbitration before JAMS. The parties are directed to file a further joint status report by **September 8, 2023**.

**SO ORDERED.**

Dated: June 9, 2023
       New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**