**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VANGUARD LOGISTICS (USA), INC. f/k/a NACA LOGISTICS (USA), INC.,** | |
| **Plaintiff,** | **20-cv-4383 (ALC)** |
| **-against-** | |
| **BLUJAY SOLUTIONS LTD.,** | |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

The Clerk of Court is respectfully requested to terminate all pending motions and close the case.

**SO ORDERED.**

Dated:     **September 11, 2023**
           **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**